UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT D. SIOW,<br><br>                  Petitioner,<br>v.<br><br>NEVADA ATTORNEY GENERAL, *et al.*,<br><br>                  Respondents. | Case No. 3:16-cv-00550-MMD-VPC<br><br>ORDER |

Robert D. Siow, apparently a prisoner at Nevada's Lovelock Correctional Center, initiated this action on September 22, 2016. On that date, Siow filed a notice of appeal, purporting to appeal to this Court the denial of a petition for writ of habeas corpus on August 22, 2016. *See* Notice of Appeal filed September 22, 2016 (ECF No. 1-1). There is no further information provided in Siow's September 22, 2016 filing. Siow did not pay a filing fee and did not file an application for leave to proceed *in forma pauperis*.

The Court has examined its records, and takes judicial notice that Siow has no other litigation pending in this Court.

The document filed by Siow on September 22, 2016, is insufficient to initiate any action of any sort in this Court. There is no available appeal to this Court from the denial of a petition for writ of habeas corpus in state court or any other court.

If Siow wishes to initiate a federal petition for writ of habeas corpus, he must do so using the correct form for such an action, and he must pay the filing fee for such an action, or file, with his habeas petition, an application to proceed *in forma pauperis*.

It is therefore ordered that this action is dismissed without prejudice. The petitioner is denied a certificate of appealability. The Clerk of the Court is to enter judgment accordingly.

DATED THIS 23rd day of September 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE