AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

ROBERT D. SIOW,

    Petitioner,

V.

NEVADA ATTORNEY GENERAL, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00550-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice. The petitioner is denied a certificate of appealability.

  September 26, 2016                               **LANCE S. WILSON**
                                                              Clerk

                                                          /s/ D. R. Morgan
                                                            Deputy Clerk